APPEAL NO. 1944. MORRIS EDWARD SHERMAN *v.* DONALD F. MCDERMOTT. Motion of plaintiff to assign for argument is granted and matter assigned to continuous argument list. Joslin,

J. not participating. *Aram K. Berberian,* for plaintiff. *Ronald H. Glantz,* Deputy City Solicitor, *Steven S. Saber,* Asst. City Solicitor, for defendant.